

97 Broad Street • Charleston, SC 29401 • Post Office Box 859 • Charleston, SC   29402
Phone: 843-727-1144    •    Fax: 843-727-7696    •    www.wmalawfirm.net

June 26, 2020

Direct Dial:   (843) 793-6040

**<u>VIA ECF</u>**

Clerk of Court
USDC District of South Carolina
Charleston Division

      Re:    <u>Brian Hughs v. Royal Energy Resources, Inc., et al.</u>
             Case No.:     2:20-cv-01566-DCN
             Our File No.:  2281-1

Dear Sir or Madame:

Please allow this letter to confirm that pursuant to Local Rule 12.01 (D.S.C.), Plaintiff has agreed to an extension of time until **July 28, 2020** for Defendants, Royal Energy Resources, Inc. and William Tuorto to respond to Plaintiff's Complaint filed in the above-referenced matter.  If you have any questions, please do not hesitate to contact me.

With kind regards, I am

Sincerely,

WILLS MASSALON & ALLEN LLC

s/Christy Allen

Christy Ford Allen (Federal Bar #07549)
callen@wmalawfirm.net