

97 Broad Street • Charleston, SC 29401 • Post Office Box 859 • Charleston, SC   29402
Phone: 843-727-1144    •    Fax: 843-727-7696    •    www.wmalawfirm.net

August 31, 2020

Direct Dial:   (843) 793-6040

**VIA ECF**

Clerk of Court
USDC District of South Carolina
Charleston Division

> Re:  <u>Brian Hughs v. Royal Energy Resources, Inc., et al.</u>
>       Case No.:      2:20-cv-01566-DCN
>       Our File No.:  2281-1

Dear Sir or Madame:

Please allow this letter to confirm that pursuant to Local Rule 12.01 (D.S.C.), counsel for Defendants has agreed to an extension of time until **September 18, 2020** for Plaintiff, Brian Hughs, to respond to Defendants' Answer and Counterclaim (ECF #10) filed in the above-referenced matter.   Please see the e-mail exchange attached hereto as Exhibit "A" confirming the extension. If you have any questions, please do not hesitate to contact me.

With kind regards, I am

Sincerely,

WILLS MASSALON & ALLEN LLC

s/Christy Allen

Christy Ford Allen (Federal Bar #07549)
callen@wmalawfirm.net