LAW OFFICES

# GEDNEY M. HOWE, III, P.A.

8 CHALMERS STREET
POST OFFICE BOX 1034
CHARLESTON, S.C. 29402
www.gedneyhowe.com

GEDNEY M. HOWE, III  
ALVIN J. HAMMER  
ROBERT J. WYNDHAM  

TEL. (843) 722-8048  
FAX (843) 722-2140  
ghowe@gedneyhowe.com  
rwyndham@gedneyhowe.com  

October 2, 2020

**VIA ECF**

Clerk of Court
USDC District of South Carolina
Charleston Division

    Re:    Brian Hughs v. Royal Energy Resources, Inc., et al.
            Case No.:  2:20-cv-01566-DCN

Dear Sir/Madam:

    This letter is to confirm that pursuant to Local Rule 12.01 (D.S.C.), Plaintiff has agreed to an extension of time until October 9, 2020 for Defendants Royal Energy Resources, Inc. and William Tuorto to respond to Plaintiff's Motion to Dismiss Defendants' Counterclaims filed in the above-referenced matter.  Attached is email to Bob Mottern granting extension of time.
If you have any questions, please do not hesitate to contact me.

    With kind regards, I am

                             Sincerely,

                             GEDNEY M. HOWE, III, PA

                             s/Robert J. Wyndham

                             Robert J. Wyndham (Federal Bar #5275)
                             rwyndham@gedneyhowe.com

Enclosure:  as stated

## Karen Sudlow

**From:** Rishi Bhandari <rb@mandelbhandari.com>
**Sent:** Tuesday, September 29, 2020 7:01 PM
**To:** Bob Mottern
**Cc:** Leah Vickers
**Subject:** Re: Following Up

No objection to the extension.

On Tue, Sep 29, 2020, 6:36 PM Bob Mottern <bmottern@investmentlawgroup.com> wrote:

I'll get you something. In the meantime, would you object to a one week extension of time to respond to the motion to dismiss the counterclaims?

Robert J. Mottern, Esq.

Phone: 404-607-6933

Fax: 888-719-4838

Email: bmottern@investmentlawgroup.com

DAVIS GILLETT MOTTERN & SIMS, LLC

545 Dutch Valley Road, N.E., Suite A

Atlanta, Georgia 30324

www.investmentlawgroup.com

If your opinion is the same as your favorite news source, you do not have an opinion. You have someone else's opinion. Scott Adams

You are not a failure until you start blaming others for your mistakes. John Wooden

1